**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Mark D. Bogard (018247)
mdb@jaburgwilk.com

Attorneys for Defendant Texas Bullion Exchange, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip E. Koerper,<br><br>  Plaintiff,<br><br>v.<br><br>Westley Pollard, Jr. and Jane Doe Pollard, husband and wife; Texas Bullion Exchange, Inc., a Texas corporation; John Does I-X and Jane Does I-X, ABC Corporations I-X; and Black and White Partnerships and/or Sole Proprietorships I-X,<br><br>  Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1(a), Defendant Texas Bullion Exchange, Inc. hereby declares that no publicly traded corporation owns any interest in Texas Bullion Exchange, Inc. A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 29th day of March, 2017.

**Jaburg & Wilk, P.C.**

/s/ Mark D. Bogard
Kraig J. Marton
Mark D. Bogard
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

19220-19220-00001\MDB\SLD\2474153.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2017, I electronically filed the attached document and its attendant exhibits to the Clerk's Office using the CM/ECF System for filing, and transmitted a notice of the filing to all CM/ECF registrants, and transmitted true and correct copies by first class U.S. Mail to the following recipients:

David W. Williams, Esq.
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Attorneys for Plaintiff

Westley Pollard, Jr.
Defendant pro per
1542 Marshall Woods Dr.
Beaumont, TX 77706

/s/ Stephanie L. Dolfini