**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Mark D. Bogard (018247)
mdb@jaburgwilk.com

Attorneys for Defendant Texas Bullion Exchange, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip E. Koerper,<br><br>                Plaintiff,<br><br>v.<br><br>Westley Pollard, Jr. and Jane Doe Pollard, husband and wife; Texas Bullion Exchange, Inc., a Texas corporation; John Does I-X and Jane Does I-X, ABC Corporations I-X; and Black and White Partnerships and/or Sole Proprietorships I-X,<br><br>                Defendants. | Case No.  2:17-cv-00937-JAT<br><br>**NOTICE OF DEFENDANT TEXAS BULLION EXCHANGE'S POSITION ON ORDER TO SHOW CAUSE** |

        The Court's Order dated May 3, 2017 (Doc. 5) directs Plaintiff's counsel to appear and show cause why Defendant Pollard should not be dismissed for failure to serve. The Order is silent regarding Defendant Texas Bullion Exchange ("TBE"), thus TBE assumes it is not required to appear. TBE hereby advises the Court that neither it nor its undersigned counsel have any information concerning the question of service on Pollard, and thus TBE does not intend to appear for the OSC hearing unless directed by the Court.

/ / / /

DATED this 9th day of May, 2017.

**Jaburg & Wilk, P.C.**

/s/ Mark D. Bogard
Kraig J. Marton
Mark D. Bogard
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David W. Williams, Esq.
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Attorneys for Plaintiff

/s/ Stephanie L. Dolfini