**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
David W. Williams, State Bar No. 22764
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip E. Koerper,<br><br>               Plaintiff,<br>vs.<br><br>Westley Pollard, Jr. and Jane Doe Pollard, husband and wife; Texas Bullion Exchange, Inc., a Texas corporation,<br><br>               Defendants. | Case No. 2:17-cv-00937-JAT<br><br>**STIPULATION TO DISMISS DEFENDANT TEXAS BULLION EXCHANGE, INC. WITH PREJUDICE** |

Plaintiff Phillip E. Koerper and Defendant Texas Bullion Exchange, Inc., by and through counsel undersigned, and pursuant to a separate Settlement Agreement, hereby stipulate and to the dismissal of this matter with prejudice as to Defendant Texas Bullion Exchange, Inc. only, with each party to bear its own costs and attorneys' fees.

The parties respectfully request that this Court enter an appropriate order in the form submitted herewith.

DATED this 2nd day of June 2017.

| | |
|---|---|
| **DAVIS MILES MCGUIRE GARDNER, PLLC**<br><br>By:/s/David W. Williams<br>David W. Williams<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281<br>*Attorneys for Plaintiff* | **JABURG & WILK, P.C.**<br><br>By:/s/David W. Williams, with permission<br>Kraig J. Marton, Esq.<br>Mark D. Bogard, Esq.<br>3200 N. Central Ave., 20th Floor<br>Phoenix, AZ 85012<br>*Attorneys for Defendant*<br>   *Texas Bullion Exchange, Inc* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Kraig J. Marton, Esq.
Mark D. Bogard, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Ave., 20th Floor
Phoenix, AZ 85012
*Attorneys for Defendant*
   *Texas Bullion Exchange, Inc.*

By: /s/ Stephanie DeBuhr

2