# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip E. Koerper,<br><br>                    Plaintiff,<br>vs.<br><br>Westley Pollard, Jr. and Jane Doe Pollard, husband and wife; Texas Bullion Exchange, Inc., a Texas corporation,<br><br>                    Defendants. | Case No. CV 17-00937-PHX-JAT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO TEXAS BULLION EXCHANGE, INC.** |

Pursuant to the stipulation (Doc. 9) by Plaintiff and Defendant Texas Bullion Exchange, Inc.,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice as to Texas Bullion Exchange, Inc. (only) with the parties bearing their own costs and attorneys' fees (because other Defendants remain, the Clerk of the Court shall not close this case).

Dated this 2nd day of June, 2017.

_____
James A. Teilborg
Senior United States District Judge