**Davis Miles McGuire Gardner**
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
David W. Williams, State Bar No. 22764
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip E. Koerper, <br><br> Plaintiff, <br> vs. <br><br> Westley Pollard, Jr. and Jane Doe Pollard, husband and wife; Texas Bullion Exchange, Inc., a Texas corporation, <br><br> Defendants. | Case No. 2:17-cv-00937-JAT <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a), Fed. R. Civ. P., Plaintiff Phillip E. Koerper hereby provides notice of his voluntary dismissal without prejudice of the above-entitled action.

DATED this 20th day of July, 2017.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/David W. Williams
David W. Williams
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing.

By: __/s/ Stephanie DeBuhr